**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF KENTUCKY**
**COVINGTON DIVISION**

IN RE:

Kevin V. Mulligan
Sandra C Mulligan

Case Number: 10-22486

Debtors

## NOTICE AND OPPORTUNITY FOR HEARING AND OBJECTION TO CLAIM

Notice is herby given of this Objection to Claim. Unless a Response and Request for Hearing, stating grounds for opposing the Objection is filed within thirty (30) days of service of this Notice, an Order will be tendered sustaining the Objection and the matter will be submitted to the Court for decision. No hearing will be held unless a timely request for hearing is filed. Notice is further given that the attached order sustaining this objection is being tendered herewith.

## CERTIFICATE OF SERVICE

It is hereby certified that a true copy of the foregoing was served electronically or by mail on January 20, 2011 to the persons and addresses indicated below.

## OBJECTION TO CLAIM

The Trustee objects to the claim of HSBC BANK NEVADA N A in the amount of $1,618.39, filed as claim number 23 on the basis that:

The documentation attached to the proof of claim indicates that the debt does not belong to the Debtors. The claim should be disallowed in its entirety.

/s/ BEVERLY BURDEN, TRUSTEE
Beverly M. Burden
CHAPTER 13 TRUSTEE
P O BOX 2204
LEXINGTON, KY 40588-2204
(859) 233-1527

HSBC BANK NEVADA N A
% BASS & ASSOCIATES P C
3936 E FORT LOWELL RD, STE 200
TUCSON, AZ 85712

PLUMMER, MICHAEL E.
11 WEST SIXTH STREET
COVINGTON, KY 41011